# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARK ZEHNER, | } | Civil Action 5:14-cv-190 |
| Plaintiff, | } | JUDGE: SARA LIOI |
| v. | } | |
| DYNAMIC RECOVERY SOLUTIONS, LLC | } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS _____ day of _____, 2014.

_____
Judge Lesley Wells